

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

January 28, 1960

Mr. J. T. Ellis, Jr.
Administrator
Department of Health
Austin, Texas

Opinion No. WW-794

Re: Under the Texas Hospital
Licensing Law, Senate Bill
121, Acts 56th Legislature,
Regular Session, 1959, codi-
fied as Article 4437f, V.C.S.,
should all hospitals operated
by a hospital district be
individually licensed by the
State Board of Health, and
related questions.

Dear Mr. Ellis:

You have requested an opinion from this office as to
whether all hospitals operated by a hospital district should
be individually licensed and also whether the license fee for
hospitals is based on the number of beds provided by the hospi-
tal. Section 4 of Senate Bill 121 provides that a hospital may
not be maintained in this State without a license obtained un-
der the provisions of Senate Bill 121.

"Sec. 4. After January 1, 1960, no person or
governmental unit acting severally or jointly with
any other person or governmental unit shall estab-
lish, conduct, or maintain a hospital in this state
without a license obtained under the provisions of
this law."

Section 2(d) of Senate Bill 121 defines the term "gov-
ernmental" or "governmental unit" as included in Section 4 of
Senate Bill 121 to mean:

"(d) The term 'governmental' or 'governmental
unit' means any hospital district, county, munici-
pality or other political subdivision, or any de-
partment, division, board, or other agency of any of
the foregoing."

From the previous sections quoted, and Section 2(b)
of Senate Bill 121, which defines the term "hospital":

"(b) The term 'hospital' means any institu-
tion, place, building, dwelling, or abode, whether

organized for profit or non-profit, general or
special, private, public, or governmental, offer-
ing or making available any medical and/or surgi-
cal services, facilities, or equipment for a
period of time extending either over night or be-
yond twenty-four (24) hours, for two (2) or more
nonrelated individuals, whereby such services,
facilities, or equipment can, may, or are used
for and in connection with the observation, care,
diagnosis or treatment of individuals who are, or
may be, suffering from any disease or disorder,
mental or physical, or any physical deformity or
injury.

"The definition of 'hospital' specifically
includes all places where pregnant females are
received, cared for, or delivered, irrespective
of the number of patients received or the duration
of their stay.

"The definition of 'hospital' does not include
those facilities licensed pursuant to the provi-
sions of Article 4442c, Acts 1953 Legislature, page
1005, Chapter 413.

"The definition of 'hospital' does not include
those institutions licensed pursuant to Articles
5547-88 to Articles 5547-99 of the Mental Health
Code.

"The definition of 'hospital' does not include
facilities maintained or operated by the Federal
Government or agencies thereof, nor does it include
facilities maintained or operated by the State of
Texas or agencies thereof.  The definition of 'hos-
pital' does, however, include those facilities main-
tained or operated by 'governmental' or 'governmental
unit' as those terms are defined in Section 2, sub-
section (d) of this Act.",

it is clear that the Legislature intended that each hospital
should be licensed regardless of whether the hospital is in a
hospital district or county, municipality or any other political
subdivision.  It is also clear from the terms of the statute
that the controlling unit is not determinative of the number of
licenses needed under this Act, but that each must be licensed.

You have also requested an opinion as to whether the
license fee for the hospital or hospitals is based on the number

of beds provided by the particular hospital which is being licensed.   In Section 7 of Senate Bill 121, the statute provides:

> "Each hospital so licensed shall pay a license fee, both initially and annually thereafter, of One Dollar ($1.00) per bed, provided, however, that a minimum license fee of Twenty-five Dollars ($25.00) will be required of those hospitals with less than twenty-five (25) beds, and a maximum license fee of Three Hundred Dollars ($300.00) will be required of those hospitals with more than three hundred (300) beds."

The license fee is based on the number of beds provided by the hospital, subject to the $25.00 minimum and $300.00 maximum provisions contained in Section 7, and is not based upon the number of beds actually in use.

## SUMMARY

Under Senate Bill 121, all hospitals operated by a hospital district must be individually licensed.   The license fee for an individual hospital is based on the number of beds provided by the hospital.

Yours very truly,

WILL WILSON
Attorney General of Texas

By John C. Steinberger
John C. Steinberger
Assistant

JCS:ms:mfh:wb

APPROVED:

OPINION COMMITTEE

W. V. Geppert, Chairman
Bill Allen
Jack Goodman
Milton Richardson

REVIEWED FOR THE ATTORNEY GENERAL

BY:  Leonard Passmore